1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11    M. KURBEGOVICH,                     No. C-09-2786 TEH (PR)

12             Plaintiff,

13          v.                            ORDER OF TRANSFER

14    UNKNOWN FBI AGENTS,

15             Defendant(s).

16    _____/

17

18          Plaintiff, a prisoner at California State Prison, Corcoran

19    in Corcoran, California, and frequent litigant in federal court, has

20    filed a pro se civil rights complaint under 42 U.S.C. section 1983

21    alleging that since September 11, 2001, he has been "held

22    incommunicado for all non-judicial mail" and that all of his

23    outgoing mail addressed to attorneys, professors and journalists has

24    been confiscated or destroyed by "unknown FBI agents" due to the

25    implementation of the 'Patriot Act.'"  Doc. #1 at 1-3.  Plaintiff

26    also seeks to proceed in forma pauperis under 28 U.S.C. section

27    1915.  Doc. #2.

28          A substantial part of the events or omissions giving rise

to the claim(s) occurred in Kings County, which lies within the
venue of the Eastern District of California.  See 28 U.S.C. § 84(b).
Venue therefore properly lies in the Eastern District.  See id. §
1391(b).

        Accordingly, in the interest of justice and pursuant to 28
U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED
to the United States District Court for the Eastern District of
California.

        The clerk shall transfer this matter and terminate all
pending motions as moot.



        IT IS SO ORDERED.



DATED    07/07/09                _____
                                 THELTON E. HENDERSON
                                 United States District Judge

G:\PRO-SE\TEH\CR.09\Kurbegovich-09-2786-transfer.wpd

2